UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-60021 |
| | § | |
| ESP RESOURCES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lowell T. Cage, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $27,218.90 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $16,702.73 | | |

3)   Total gross receipts of $16,702.73 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,702.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $168,249.68 | $100,000.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,018.93 | $16,018.93 | $16,018.93 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $302,543.69 | $302,543.69 | $683.80 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,253,181.43 | $1,253,181.43 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $4,056,907.26 | $4,056,757.26 | $0.00 |
| **Total Disbursements** | $0.00 | $5,796,900.99 | $5,728,501.31 | $16,702.73 |

   4).   This case was originally filed under chapter 11 on 03/10/2016. The case was converted to one under Chapter 7 on 05/01/2017. The case was pending for 46 months.

   5).   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6).   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 03/10/2021                    By:   /s/ Lowell T. Cage
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Directors & Liabilities Policy, AIG Specialty Insurance Company; General Liability & Umbrella Polices, Gemini Insurance | 1129-000 | $693.73 |
| Insurance policy refund - Account No. 900-4115275 | 1229-000 | $13,509.00 |
| Remnant Assets | 1290-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,702.73** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | IPFS Corporation | 4110-000 | $0.00 | $12,102.60 | $0.00 | $0.00 |
| 7 | ANMOL AGNIHOTRI | 4210-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 11 | First Insurance Funding Corp | 4110-000 | $0.00 | $56,147.08 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$168,249.68** | **$100,000.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P., Trustee | 2100-000 | NA | $2,420.27 | $2,420.27 | $2,420.27 |
| Cage, Hill & Niehaus L.L.P., Trustee | 2200-000 | NA | $180.03 | $180.03 | $180.03 |
| International Sureties, Ltd | 2300-000 | NA | $4.34 | $4.34 | $4.34 |
| Independent Bank | 2600-000 | NA | $21.03 | $21.03 | $21.03 |
| Integrity Bank | 2600-000 | NA | $51.50 | $51.50 | $51.50 |
| U.S. Trustee | 2950-000 | NA | $325.00 | $325.00 | $0.00 |
| Clerk, US Bankruptcy Court (Claim No.15; U.S. Trustee) | 2950-001 | NA | $0.00 | $0.00 | $325.00 |
| American United Life Insurance | 2990-000 | NA | $200.00 | $200.00 | $200.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Attorney for Trustee | 3110-000 | NA | $7,071.50 | $7,071.50 | $7,071.50 |
| Attorney for Trustee | 3120-000 | NA | $764.74 | $764.74 | $764.74 |
| Accountant for Trustee | 3410-000 | NA | $4,770.75 | $4,770.75 | $4,770.75 |
| Accountant for Trustee | 3420-000 | NA | $209.77 | $209.77 | $209.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,018.93 | $16,018.93 | $16,018.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk, US Bankruptcy Court (Claim No. 8; Amerisource Funding, Inc.) Prior Chapter Administrative | 6990-001 | NA | $302,543.69 | $302,543.69 | $683.80 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $302,543.69 | $302,543.69 | $683.80 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $1,203,712.32 | $1,203,712.32 | $0.00 |
| 13 | St. Martin Parish | 5800-000 | $0.00 | $9,591.26 | $9,591.26 | $0.00 |
| 14 | Louisiana Department of Revenue | 5800-000 | $0.00 | $39,877.85 | $39,877.85 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,253,181.43 | $1,253,181.43 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Michael C Winter | 7100-000 | $0.00 | $12,586.68 | $12,586.68 | $0.00 |
| 2 | BWC Management, Inc. | 7100-000 | $0.00 | $474,444.53 | $474,444.53 | $0.00 |
| 3a | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $13,595.56 | $13,595.56 | $0.00 |
| 4 | Wright, Moore, Dehart, Dupuis & Hutchin | 7100-000 | $0.00 | $150.00 | $0.00 | $0.00 |
| 5 | Fettner | 7100-000 | $0.00 | $20,936.82 | $20,936.82 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Thompson, Attorneys at Law |   |   |   |   |   |
| 9 | Todd A. Jones | 7100-000 | $0.00 | $14,982.85 | $14,982.85 | $0.00 |
| 10 | Daniel Spencer | 7100-000 | $0.00 | $3,500,000.00 | $3,500,000.00 | $0.00 |
| 12 | CINTAS Corporation No. 2, Location 083 | 7100-000 | $0.00 | $11,814.57 | $11,814.57 | $0.00 |
| 14a | Louisiana Department of Revenue | 7200-000 | $0.00 | $8,396.25 | $8,396.25 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |   |   | $0.00 | $4,056,907.26 | $4,056,757.26 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-60021-V5-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ESP RESOURCES, INC. | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 3/10/2021 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 10/13/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | MidSouth Bank operating xx1320 | $5,053.96 | $0.00 | | $0.00 | FA |
| 2 | Deposits (The Woodlands landlord) | $22,164.94 | $0.00 | | $0.00 | FA |
| 3 | ESP Petrochemicals, Inc. (100% ownership) | Unknown | $0.00 | | $0.00 | FA |
| 4 | ESP Ventures, Inc. (Note: ESP Ventures, Inc. owned 100% of the stock in ESP Advanced Technologies, Inc., ESP Corporation S.A., and ESP Facilities & Pipeline Services, Inc. ESP Corporation S.A. owned 100% of the stock in ESP Marketing Group, Inc. and ESP PNG, Inc.). All companies have ceased business operations. | Unknown | $0.00 | | $0.00 | FA |
| 5 | ESP IP Holdings, Inc., non-operating entity (100%) | Unknown | $0.00 | | $0.00 | FA |
| 6 | ESP Payroll Services, Inc., incorporated, never active (100%) | Unknown | $0.00 | | $0.00 | FA |
| 7 | IEM, Inc., non-operating entity (100%) | Unknown | $0.00 | | $0.00 | FA |
| 8 | espchem.com | Unknown | $0.00 | | $0.00 | FA |
| 9 | Directors & Liabilities Policy, AIG Specialty Insurance Company; General Liability & Umbrella Polices, Gemini Insurance Company, Automobile Insurance and Workers Comp Policies, Berkley National Insurance Company; Equipment Floater, Lloyd's | Unknown | $693.73 | | $693.73 | FA |
| 10 | Affiliate Accounts Receivable, book value $4,631,878.22, owned by related entities that are no longer operating and have no assets, collectability unknown. | Unknown | $0.00 | | $0.00 | FA |
| 11 | Insurance policy refund - Account No. 900-4115275 (u) | $0.00 | $13,509.00 | | $13,509.00 | FA |
| 12 | Remnant Assets (u) | $0.00 | $2,500.00 | | $2,500.00 | FA |

**Asset Notes:** Order granting motion to sell (doc#334 dated 5/22/19)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2      Exhibit 8

| Case No.: | 16-60021-V5-7 | | | Trustee Name: | Lowell Cage |
| Case Name: | ESP RESOURCES, INC. | | | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 3/10/2021 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 10/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $27,218.90 | $16,702.73 | | $16,702.73 | $0.00 |

**Major Activities affecting case closing:**

| 02/11/2020 | TFR submitted to UST on 02/11/20. |
| 09/30/2019 | Liquidation complete. Claims review/objections pending. Ready to close after claims complete. |
| | SDW |
| 09/30/2018 | Prior to conversion of this case, all assets of the Debtor were sold.  The sum of $25,000 was reserved pursuant to the sale for payment to the chapter 7 Trustee.  Records being reviewed for any avoidable transfers. May need to object to claims.  Trustee has talked to persons interested in purchasing the Debtor's corporate shell.        (TLW) |

Initial Projected Date Of Final Report (TFR):   12/31/2019        Current Projected Date Of Final Report (TFR):   11/30/2019        /s/ LOWELL CAGE

LOWELL CAGE

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-60021-V5-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ESP RESOURCES, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0762 | Checking Acct #: | ******0021 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 3/10/2016 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/10/2021 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2018 | (9) | First Insurance Funding | return of overpayment on policy; ck #10209120 dated 11/21/17 letter dated 01/08/18 | 1129-000 | $693.73 |  | $693.73 |
| 01/31/2018 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $0.26 | $693.47 |
| 02/28/2018 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $0.93 | $692.54 |
| 03/31/2018 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $1.02 | $691.52 |
| 04/30/2018 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $0.99 | $690.53 |
| 05/22/2018 | (11) | First Insurance Funding | Refund insurance premium Account No. 900-4115275; Ck#15010492 dated 05/14/18. | 1229-000 | $13,509.00 |  | $14,199.53 |
| 05/31/2018 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $6.85 | $14,192.68 |
| 06/30/2018 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $20.40 | $14,172.28 |
| 07/31/2018 |  | Integrity Bank | Bank Service Fee | 2600-000 |  | $21.05 | $14,151.23 |
| 08/05/2018 |  | Independent Bank | Bank Service Fee | 2600-000 |  | $3.39 | $14,147.84 |
| 08/06/2018 |  | Independent Bank | Bank Service Fee | 2600-000 |  | ($3.39) | $14,151.23 |
| 08/31/2018 |  | Independent Bank | Bank Service Fee | 2600-000 |  | $247.64 | $13,903.59 |
| 09/05/2018 |  | Independent Bank | Bank Service Fee | 2600-000 |  | ($247.64) | $14,151.23 |
| 09/06/2018 |  | Independent Bank | Bank Service Fee | 2600-000 |  | $21.03 | $14,130.20 |
| 10/08/2018 | 3001 | International Sureties, Ltd | Bond payment | 2300-000 |  | $4.34 | $14,125.86 |
| 05/29/2019 | (12) | Oak Point Partners | 5/22/19 334 Sale of remnant assets; ck#6113 dated 05/23/19 | 1290-000 | $2,500.00 |  | $16,625.86 |
| 07/16/2019 | 3002 | Cage, Hill & Niehaus L.L.P. | 07/15/19 342 Attorney fees/expenses | * |  | $7,836.24 | $8,789.62 |
|  |  |  | $(7,071.50) | 3110-000 |  |  | $8,789.62 |
|  |  |  | $(764.74) | 3120-000 |  |  | $8,789.62 |
| 07/16/2019 | 3003 | William G West, P.C., CPA | 07/15/19 343 Accountant fees/expenses | * |  | $4,980.52 | $3,809.10 |
|  |  |  | $(4,770.75) | 3410-000 |  |  | $3,809.10 |
|  |  |  | $(209.77) | 3420-000 |  |  | $3,809.10 |
| 11/18/2019 | 3004 | American United Life Insurance | Plan #G36572/CCA ID#20190801RW; Expense for termination of 401K plan. | 2990-000 |  | $200.00 | $3,609.10 |
| 04/28/2020 | 3005 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 |  | $2,420.27 | $1,188.83 |
| 04/28/2020 | 3006 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 |  | $180.03 | $1,008.80 |
|  |  |  | SUBTOTALS | | $16,702.73 | $15,693.93 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-60021-V5-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ESP RESOURCES, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0762 | Checking Acct #: | ******0021 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/10/2016 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/10/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2020 | 3007 | Amerisource Funding, Inc. | Final Distribution Claim #8 | 6990-000 | | $683.80 | $325.00 |
| 04/28/2020 | 3008 | U. S. Trustee | Final Distribution Claim #15 | 2950-000 | | $325.00 | $0.00 |
| 07/14/2020 | 3008 | STOP PAYMENT: U. S. Trustee | Ck uncashed. Reissue to correct address; Final Distribution Claim #15 | 2950-004 | | ($325.00) | $325.00 |
| 07/14/2020 | 3009 | U. S. Trustee | Replaces ck#3008; Final Distribution Claim #15 | 2950-000 | | $325.00 | $0.00 |
| 09/28/2020 | 3007 | STOP PAYMENT: Amerisource Funding, Inc. | Final Distribution Claim #8 | 6990-004 | | ($683.80) | $683.80 |
| 12/23/2020 | 3009 | STOP PAYMENT: U. S. Trustee | Replaces ck#3008; Final Distribution Claim #15 | 2950-004 | | ($325.00) | $1,008.80 |
| 01/14/2021 | 3010 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed funds | * | | $1,008.80 | $0.00 |
| | | | $(325.00) | 2950-001 | | | $0.00 |
| | | | $(683.80) | 6990-000 | | | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | | $16,702.73 | $16,702.73 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $16,702.73 | $16,702.73 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $16,702.73 | $16,702.73 | |

| For the period of 3/10/2016 to 3/10/2021 | | For the entire history of the account between 07/24/2017 to 3/10/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,702.73 | Total Compensable Receipts: | $16,702.73 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,702.73 | Total Comp/Non Comp Receipts: | $16,702.73 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,702.73 | Total Compensable Disbursements: | $16,702.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,702.73 | Total Comp/Non Comp Disbursements: | $16,702.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-60021-V5-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | ESP RESOURCES, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0762 | Checking Acct #: | ******0021 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/10/2016 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/10/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $16,702.73 | $16,702.73 | $0.00 |

**For the period of 3/10/2016 to 3/10/2021**

| Total Compensable Receipts: | $16,702.73 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,702.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,702.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,702.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/01/2017 to 3/10/2021**

| Total Compensable Receipts: | $16,702.73 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,702.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,702.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,702.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LOWELL CAGE

LOWELL CAGE